Dismissed and Memorandum Opinion filed February 7, 2008








Dismissed
and Memorandum Opinion filed February 7, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00258-CV

____________

 

IN THE INTEREST OF D.A. & E.H.

 



 

On Appeal from the 313th District
Court

Harris County, Texas

Trial Court Cause No.
2006-01092J

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 31, 2007.  The clerk=s record was filed on April 24,
2007.  No reporter=s record was filed.  No brief was filed.

On
December 6, 2007, this Court issued an order stating that unless appellants
submitted a brief, together with a motion reasonably explaining why the brief
was late, on or before January 7, 2008, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).

Appellants filed no response.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 7, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.